## CRIMINAL CAUSE FOR SENTENCING

BEFORE: SEYBERT, J.              DATE: 12-7-2004  TIME: 11:30

DOCKET NUMBER: CR 02-1344         TITLE: USA-V-

DEFT NAME: MICHAEL FOX                                 DEFT: #
  X PRESENT  ___ NOT PRESENT  ___ IN CUSTODY   X  ON BAIL

                    GINO JOSH SINGER;
ATTY FOR DEFT: MICHAEL MACKLOWITZ                     ___ C.J.A.
               X PRESENT          ___ NOT PRESENT     X  RETAINED

A.U.S.A.: MARK LESKO; RICHARD LUNGER DEPUTY CLERK: C. BARAN

U.S.P.O.: A. JINGELESKI           REPORTER: S. DREXLER

  X   CASE CALLED FOR SENTENCE.  COUNSEL FOR ALL SIDES PRESENT.

  X   STATEMENTS OF DEFT AND COUNSEL HEARD.

  X   DEFENDANT OBJECTIONS TO THE PSR ARE NOTED.

  X   RULINGS RE: GUIDELINES ARE ENTERED ON THE RECORD.

  ___ PSR ADOPTED.

  X   PSR ADOPTED, AS AMENDED.

  ___ GUIDELINES ARE ADOPTED.

  X   GUIDELINES ADOPTED, AS AMENDED.

  X   THE DEFENDANT IS SENTENCED AS FOLLOWS:

  X   THE DEFENDANT IS SENTENCED TO A PERIOD OF IMPRISONMENT OF
      12 MONTHS AND 1 DAY ON COUNTS 1, 2 (CONCURRENT), TO BE
      FOLLOWED BY A PERIOD OF SUPERVISED RELEASE OF 3 YEARS ON
      COUNT 1 AND 5 YEARS ON COUNT 2 (CONCURRENT).

  X   SPECIAL CONDITIONS OF SUPERVISED RELEASE:

  X   THE DEFENDANT SHALL NOT POSSESS A FIREARM.

  X   OTHER: THE DEFENDANT SHALL MAKE FULL FINANCIAL DISCLOSURE TO
      THE PROBATION DEPT. AND PAY RESTITUTION OF $46,305,239.00.
           THE DEFENDANT SHALL ADHERE TO TERMS OF FINAL ORDER OF
      FORFEITURE.

___ THE DEFENDANT SHALL BE FINED THE SUM OF $          .

_X_ THE FINE SHALL BE WAIVED DUE TO THE DEFENDANT'S INABILITY TO PAY SUCH A FINE.

_X_ SPECIAL ASSESSMENT OF $ 100 IS IMPOSED ON EACH COUNT FOR A TOTAL ASSESSMENT OF    200.00        .

_X_ THE DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE OF THE GUIDELINES IS HEREBY: GRANTED.

_X_ DECISION ENTERED ON THE RECORD.

___ ON MOTION OF THE AUSA THE REMAINING COUNTS OF THE INDICTMENT AND/OR SUPERSEDING INDICTMENT ARE HEREBY DISMISSED.

_X_ THE DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL.

___ OTHER :


THE DEFENDANT ___REMAINS IN CUSTODY.   _X_REMAINS ON BAIL.
               ___IS REMANDED.
               _X_SHALL SURRENDER ON _7-25-2005._